UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEAN C. DIAZ-PEREZ                                                                                    PETITIONER

v.                                      Case No. 4:22-cv-00543-KGB-ERE

JOHN P. YATES, Warden,
FCI- Forrest City                                                                                      RESPONDENT

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 12). Petitioner Jean C. Diaz-Perez has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, Mr. Diaz-Perez's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 20th day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge