UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEAN C. DIAZ-PEREZ                                                                                    PETITIONER

v.                                  Case No. 4:22-cv-00543-KGB-ERE

JOHN P. YATES, Warden,
FCI- Forrest City                                                                                     RESPONDENT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Jean C. Diaz-Perez's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 20th day of August, 2025.

*[signature]*
_____
Kristine G. Baker
Chief United States District Judge